# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIM. NO. 23- 278 |
| | * | |
| NELSON EUSTATE LORA | * | |
| | * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the operative COVID-19 standing orders, this Court finds:

[✓]  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓]  That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

(1) the on-going COVID-19 pandemic; (2) Defendant's specific desire to proceed with this plea hearing remotely to advance the resolution of this case; and (3) consent of Defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   [ ]  Other:

Date:   April 6, 2023

_____
Honorable Brian Martinotti
United States District Judge